AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>GUADALUPE ACOSTA-MUNOZ<br>*Defendant(s)* | Case No. 8:25MJ537 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 22, 2025__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Alien |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Lee, SA, HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/2/2025

_____
Judge's signature

City and state: Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>GUADALUPE ACOSTA-MUNOZ,<br><br>            Defendant. | 8:25MJ537 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
FOR THE ARREST OF GUADALUPE ACOSTA-MUNOZ**

I, Mark Lee, being duly sworn, depose and state as follows:

**I.      INTRODUCTION**

1.      I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement ("ICE"), and I have been personally involved in the investigation of this matter. I have been a special agent with the federal government for approximately eighteen years. Prior to this, I worked as an Immigration Enforcement Agent with the Enforcement and Removal Office within ICE in Bloomington, Minnesota, for four years. I have been employed by HSI since July 2007. I am currently assigned to the HSI Omaha Field Office in Omaha, Nebraska. I am responsible for enforcing federal criminal statutes, including, among others, violations of Title 8 (Aliens and Nationality) of the United States Code (U.S.C.). I have received training and have experience relating to Federal Criminal Procedures, Federal Statutes, and U.S. Immigration and Customs regulations. My responsibilities as an HSI Special Agent include investigating criminal violations involving the immigration and nationality laws of the of the United States. As a Special Agent of HSI, I am authorized to investigate violations of laws under Title 18 – Crimes and criminal

procedure of the United States, and I am a law enforcement officer with authority to execute arrest, search and seizure warrants under the authority of the United States. The information set forth in this affidavit is based on my personal knowledge, observations, and the review of documents and information obtained during this investigation. It is also based on information provided by other agencies who have participated in this investigation. Because this affidavit is for the limited purpose of establishing probable cause to support the issuance of an arrest warrant for Guadalupe ACOSTA-MUNOZ, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning this investigation.

II. **APPLICABLE LAW AND DEFINITIONS**

2. Title 8, United States Code § 1326(a), provides that any alien who:

(1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter;

(2) enters, attempts to enter, or is at any time found in, the United States, unless;

(A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or

(B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act,

shall be fined under title 18, or imprisoned not more than 2 years, or both.

III. **FACTS ESTABLISHING PROBABLE CAUSE**

3. Your Affiant believes Manuel Valentin GARCIA is the owner of DOS DE OROS,

a mobile food truck business in Omaha, Nebraska. The business had three known locations at the time the investigation began, and, as of the date of this affidavit, there are two identified locations in operation. Your Affiant has been investigating whether Manuel GARCIA; his spouse, Guadalupe (GARCIA) ACOSTA-MUNOZ; mother, Guadalupe GARCIA; father, Jesus GARCIA; and other relatives[1] are knowingly employing illegal aliens from Mexico and other foreign countries, and obtaining their labor by force, fraud, or coercion to operate their business. The business was incorporated in the early 2000s in Colorado by Guadalupe GARCIA and her now deceased daughter Rosario SARINANA, a.k.a. Maria SARINANA-CRUZ, and subsequently turned over to her son, Manuel GARCIA and his wife Guadalupe ACOSTA-MUNOZ. Information received by your Affiant, including source information[2], interviews of former DOS DE OROS employees, and tip information, indicates that the GARCIAs recruit undocumented foreign nationals primarily from the area around the family's hometown in Durango, Mexico, and pay for them to be smuggled to the U.S. to work at DOS DE OROS.[3]

4. Guadalupe ACOSTA-MUNOZ is a citizen and national of Mexico, born in Ascension, Chihuahua, Mexico, on July 13, 1979.

5. As part of this investigation, your Affiant reviewed the immigration file assigned to Guadalupe ACOSTA-MUNOZ. The following biographical information is associated with the

---

[1] Other relatives include Angel GARCIA (son of Manuel and Guadalupe) and Jesse GARCIA and Jerry GARCIA (nephews of Manuel and Guadalupe).

[2] The source is a person named elsewhere in this affidavit by name or number. The source is a person who agreed to provide information to your Affiant and assist the investigation. Based on that assistance, the source and their spouse have been granted deferred action for immigration violations and may be eligible for immigration benefits. The source has been paid $10,000 for information and assistance they have provided. The source has been granted work authorization for the purposes of obtaining a driver's license. In addition, your Affiant agreed to and did request that a person related to the source be re-located to the United States, due to potential danger to that person. To protect the source's identity, that person will be referenced only as "source" when your Affiant describes information provided by that source.

[3] Your Affiant believes based on investigation and source information, that since the initiation of this investigation, Manuel GARCIA has hired illegal aliens that are already in the Omaha area to work at DOS DE OROS. Your Affiant believes this is because Manuel GARCIA has lost money for smuggling fees because multiple illegal alien employees he paid to smuggle into the U.S., quit and absconded the area before paying back the fees.

file:

    Name: Guadalupe ACOSTA-MUNOZ
    DOB: 07/13/1979
    POB: Ascension, Chihuahua, Mexico
    COC: Mexico
    SSN: 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
    Address: 1741 Iola Street, Aurora, CO 80010

6. Guadalupe ACOSTA-MUNOZ is assigned two file numbers, A077 491 900 and A078 892 236, that were consolidated into one file on April 9, 2002.

7. On February 22, 2000, Guadalupe ACOSTA-MUNOZ applied for admission into the U.S. from Mexico at the Fabens Port of Entry (POE) in Fabens, Texas. Guadalupe ACOSTA-MUNOZ falsely claimed to be a U.S. Citizen and was subsequently processed for removal from the U.S. and removed to Mexico under file number A077 491 900 on February 22, 2000. Guadalupe ACOSTA-MUNOZ was barred from reentering the U.S. for a period of five (5) years from the date of removal.

8. Guadalupe ACOSTA-MUNOZ is assigned FBI number 768011MB2. Your Affiant has reviewed the arrest record associated to this number, which shows an arrest by the El Paso, TX, U.S. Immigration and Naturalization Service (INS) on February 22, 2000, for oral/documented false claim to U.S.C., and an expedited removal on the same date.

9. On February 6, 2001, Guadalupe ACOSTA-MUNOZ applied for U.S. permanent residence status based on her marriage to Manuel GARCIA under file number A078 892 236.

10. Your Affiant reviewed the Form I-485, Application to Register Permanent Residence or Adjust Status, filed by Guadalupe ACOSTA-MUNOZ, which shows she failed to disclose her prior removal under A077 491 900 on the application and was inadvertently issued another file number, A078 892 236.

11. On April 26, 2002, Guadalupe ACOSTA-MUNOZ's application for permanent residence was denied because she appeared to be an alien subject to mandatory reinstatement of a prior removal order under Section 241(a)(5) of the Immigration and Nationality Act based on her removal from the U.S. on February 22, 2000, under file number A077 791 900.

12. Guadalupe ACOSTA-MUNOZ's SSN (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) appears to have been issued based on a temporary employment authorization that was granted while her application for permanent residence was pending. Her employment authorization card was valid from February 12, 2001, to February 11, 2002.

13. Your Affiant has reviewed Guadalupe ACOSTA-MUNOZ's immigration file which revealed a DHS U.S. Citizenship and Immigration Services (USCIS), Form I-212, Application for Permission to Reapply for Admission into the United States after Deportation or Removal, has not been filed by Guadalupe ACOSTA-MUNOZ. Additionally, in September 2025, your Affiant queried DHS immigration databases and indices and there is no record of Guadalupe ACOSTA-MUNOZ having ever applied for permission to legally re-enter the United States after her removal on February 22, 2000.

14. Based on physical and video surveillance, a review of open-source records, law enforcement records, a review of subpoenaed financial records and videos of financial transactions, source information, and interviews of former employees, your Affiant believes Guadalupe ACOSTA-MUNOZ is currently in the United States illegally and residing at 4018 S 60th Street, Omaha, NE. For example, your Affiant reviewed Wells Fargo security camera footage showing Gaudalupe ACOSTA-MUNOZ conducting a financial transaction at a Wells Fargo bank at 84th and "L" Streets in Omaha, NE on January 22, 2025. Also, your Affiant received source

information that Guadalupe ACOSTA-MUNOZ was present at a DOS DE OROS employee meeting at 4018 S 60th Street on August 16, 2025.

15. Title 8, United States Code, Section 1326(a) states an alien who has been removed or deported and thereafter enters or is at any time found in the United States without first obtaining the express consent of the Attorney General or his successor, the Secretary of the Department of Homeland Security, to reapply for admission, shall be guilty of a felony.

16. Based on the foregoing information, my training, and experience, there is probable cause to believe that Guadalupe ACOSTA-MUNOZ is in violation of Title 8, United States. Code, Section 1326(a)(1)(2).

17. Your Affiant further requests that this Complaint and any related application be sealed by this Court. It is the Affiant's belief that disclosure at this time may jeopardize the ongoing investigation into the described criminal activity.

_____
Mark Lee
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations (HSI)

SUBSCRIBED and SWORN before me by telephone or other reliable electronic means on October 2nd, 2025.

_____
RYAN C. CARSON
United States Magistrate Judge